No. State 6. STATE, Respondent, v. CONSOLIDATED FREIGHTWAYS CORPORATION, Appellant.

(Also reported in 216 N. W. 2d 49.)

APPEAL from a judgment of the circuit court for Portage county entered September 15, 1972: JAMES H. LEVI, Circuit Judge.

Automobiles. Violation of vehicle weight loads. Judgment. Appeal to circuit court from county court decision without written judgment. Circuit court judgment of affirmance vacated.

The cause was submitted for the appellant on the briefs of *John P. Varda* and *John D. Varda,* attorneys, and *Herro, McAndrews & Porter, S. C.,* of counsel, all of Madison, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Albert Harriman,* assistant attorney general.

Judgment vacated and cause remanded to county court.